UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTOR BISHAY,

     Plaintiff,

                                  Case No. 1:24-cv-1283

v.

                                  Hon. Hala Y. Jarbou

NICOLE MARIE BISHAY, et al.,

     Defendants.

_____/

## <u>ORDER</u>

Before the Court is the Motion for Admission *Pro Hac Vice* of Leah M. Ramirez filed by attorney Salvatore J. Vitale (ECF No. 3).  As stated in W.D. Mich. LGenR 2.2(a), this Court disfavors *pro hac vice* admission and prefers that all lawyers appearing before it become full members of the bar of the Court.

Accordingly,

**IT IS ORDERED** that the motion for *pro hac vice* admission (ECF No. 3) is **DENIED**. Attorney Ramirez may, however, appear on the record and file papers in this case pending actual admission to practice in this Court.

Dated: December 5, 2024             /s/ Hala Y. Jarbou
                                 HALA Y. JARBOU
                                 CHIEF UNITED STATES DISTRICT JUDGE